# United States District Court
# For The Western District of North Carolina
# Bryson City Division

IVA J. SMITH,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                  2:07cv21

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2008 Consent Order with Remand.


April 28, 2008                                        FRANK G. JOHNS, CLERK

                                                      *s/Elizabeth J. Barton*
                                        BY:  _____
                                                      Elizabeth J. Barton, Deputy Clerk