IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| IVA J. SMITH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-CV-00021 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's *Motion For Award of Attorney Fees Under the Equal Access to Justice Act and the Social Security Act* filed on May 28, 2008. By Response filed on June 2, 2008, Defendant advises that the parties have reached agreement on this matter and he will not oppose an award of legal fees in the amount of $3,092.98, as full satisfaction of any and all claims by Plaintiff in this case under 28 U.S.C. section 2412(d).

**IT IS, THEREFORE, ORDERED** that Plaintiff's *Motion For Award of Attorney Fees Under the Equal Access to Justice Act and the Social Security Act* is **GRANTED**, and Plaintiff's counsel is hereby awarded the sum of $3,092.98 for attorney's fees.

**IT IS FURTHER ORDERED** that no additional petition pursuant to 28 U.S.C. section 2412(d) may be filed by counsel.

Signed: June 2, 2008

Lacy H. Thornburg
United States District Judge